# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2007

133988

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOROTHY MINTER,
       Plaintiff-Appellee,

v

SC: 133988
COA: 273017
Kent CC: 03-005719-NI

CITY OF GRAND RAPIDS and JOHN
EDWARD-RHEEM WETZEL,
       Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the April 12, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument during the January 2008 session on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the Court of Appeals majority correctly applied *Kreiner v Fischer*, 471 Mich 109 (2004), in partially reversing the Kent Circuit Court's order granting the defendants' motion for summary disposition. The parties may file supplemental briefs no later than January 4, 2008, but they should not submit mere restatements of their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2007

_____
Clerk

t1213